RECEIVED

JUN - 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRA VASI, ET AL. | MISC. CASE NO. 17-mc-00100 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Debra Vasi, as Administratrix and Derivative Claimant; and Thomas Vasi, Louis Vasi, Carmella Brenneman, Angela Clifford and Patricia Devereaux, as Derivative Claimants of the Estate of Angelo Vasi, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 2nd day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE